
John E. Bohyer
Brandon R. Shannon
BOHYER, ERICKSON, BEAUDETTE & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana  59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email:  mail@bebtlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

---

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA | Cause No. CV-21-118-SPW-KLD |
| Plaintiff, | Hon. Susan P. Watters |
| -vs.- | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND RULE 41(a) VOLUNTARY DISMISSAL AS TO GORDON ESCENE** |
| GORDON ESCENE, KELLY ANN THAYER, as Personal Representative of the ESTATE OF DARLENE RUTH SMITH, | |
| Defendants. | |

---

The parties who have appeared in this action, namely Safeco Insurance Company of America ("Safeco") and Kelly Ann Thayer, Personal Representative of the Estate of Darlene Ruth Smith ("Thayer"), by and through their respective

counsel of record, hereby stipulate and agree that the above-referenced matter be dismissed with prejudice as fully settled on the merits, each party to bear its own costs and attorneys' fees.

The underlying tort case filed by Thayer against Safeco's insured, Gordon Escene, settled at mediation on January 6, 2022. In the present matter, only Defendant Thayer, has answered the complaint. Defendant Gordon Escene has not appeared. Regardless, as part of the settlement of the underlying tort case, Safeco agreed to dismiss this matter with prejudice as to Mr. Escene, and waive its claim to recoupment of defense fees and costs incurred in the defense of Escene. Pursuant to Rule 41(a), Safeco does so and voluntarily dismisses with prejudice its claims against Escene.

DATED this \_\_\_\_ day of January, 2022.

                                                                /s/ John E. Bohyer
                                                                John E. Bohyer
                                                                 Bohyer, Erickson,
                                                                 Beaudette & Tranel, P.c.
                                                                 *Attorneys for Plaintiff*

DATED this \_\_\_\_ day of January, 2022.

                                         /s/ Ben Snipes
                                         Ben Snipes
                                         Odegaard Kovacich Snipes
                                         *Attorneys for Thayer, PR of Estate of D.R. Smith*