IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GORDON ESCENE, KELLY ANN THAYER, as Personal Representative of the ESTATE OF DARLENE RUTH SMITH,<br><br>Defendants. | CV 21-118-BLG-SPW-KLD<br><br>ORDER |

Upon the parties' Stipulation for Dismissal with Prejudice and Rule 41(a) Voluntary Dismissal as to Gordon Escene (Doc. 9), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE as fully and finally settled on the merits, with each party to bear their own costs and attorneys' fees.

1

IT IS FURTHER ORDERED that the Preliminary Pretrial Conference set before Magistrate Judge Kathleen L. DeSoto on February 3, 2022 at 11:00 a.m. is **VACATED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 10th day of January, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE